# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARL M. ODOM, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV 12-391-RAW-KEW |
| MIKE ADDISON, Warden, | ) ) ) |
| Respondent. | ) ) |

**OPINION AND ORDER**
**DENYING CERTIFICATE OF APPEALABILITY**

On this date the court dismissed petitioner's petition for a writ of habeas corpus for lack of jurisdiction. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this 4th day of September 2013.

Dated this 4th day of September, 2013.

Ronald A. White
United States District Judge
Eastern District of Oklahoma